IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR RESIGNATION OF DAVID MARTIN THOMAS FROM THE PRACTICE OF LAW | CASE NO.: 25-mc-650 |

## ORDER

Upon consideration of the Application for Resignation from the Practice of Law of David Martin Thomas (Bar No. 12417) pursuant to Local Rule 701.2(c)(i), and on the recommendation of the Court's Disciplinary & Admissions Committee, it is this 23rd day of October, 2025

ORDERED by the United States District Court for the District of Maryland, that the Application for Resignation from the Practice of Law of David Martin Thomas is hereby accepted, and it is further

ORDERED, that the Clerk of this Court shall strike the name of David Martin Thomas from the register of attorneys in this Court.

Date: 10/24/2025

_____
George L. Russell III, Chief Judge
United States District Court

Order of Reinstatement (Rev. 06/2012)